# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-MJ-00583-BJ |
| | § | NO. 4:17-CR-00197-O-12 |
| GREGORY MARTIN MANN | § | |

## ORDER

On this _____ day of _____, 2017, came on to be heard Defendant's Motion for Continuance. It is the opinion of this Court that same should be in all things GRANTED/DENIED.

This cause is hereby reset for the date of _____.

_____
JUDGE PRESIDING