IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                           No. 4:17-CR-197-O

FELICIA DENAE BROWN (09)

## FACTUAL RESUME

INDICTMENT:   Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

PENALTY:   $10,000,000 fine - not less than ten years imprisonment and not more than life imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 5 years.

MAXIMUM PENALTY:
$10,000,000 fine and not less than ten (10) years nor more than life imprisonment, plus a term of supervised release of not less than 5 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Indictment are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the indictment;

Second:   That the defendant knew of the unlawful purpose of the agreement;

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Factual Resume - Page 1

Fourth:     That the overall scope of the conspiracy involved at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

In 2015 and 2016, Felicia Denae Brown received ¼ ounce to ounce quantities of methamphetamine from Matthew Perry, often on consignment. In turn, Felicia Denae Brown distributed methamphetamine to various customers in the Fort Worth, Texas area, returning to Matthew Perry for additional methamphetamine. In this manner, Felicia Denae Brown and Matthew Perry conspired with each other and others to possess with intent to distribute more than 500 grams of methamphetamine.

SIGNED this 11 day of October, 2017.

_____      _____
FELICIA BROWN                                            JAMES WHALEN
Defendant                                                       Counsel for Defendant

Factual Resume - Page 2